UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 25, 2016

MEMO TO COUNSEL RE:  Merkle Group, Inc. v. Marc Fanelli, et al.
Civil No. JFM-16-1454

Dear Counsel:

    This will confirm, as stated on the record on May 20, 2016, that (1) the motion for temporary restraining order is denied; (2) a discovery deadline of May 31, 2016 concerning the documents taken by defendants; (3) a status report is due on June 3, 2016 regarding discovery; and (4) the motion to seal is denied, except as it relates to a certain declaration attached to the original complaint and the amended complaint (ECF No. 1, Ex. 5, 5-1, 5-2, 5-3; ECF No. 13, Ex. 5).

    Accordingly, this order unseals the case; however, ECF No. 1, Ex. 5, 5-1, 5-2, 5-3 and ECF No. 13, Ex. 5 shall be sealed.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge