## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 31, 2016

MEMO TO COUNSEL RE: Merkle Inc. v. Marc C. Fanelli, et al.
Civil No. JFM-16-1454

Dear Counsel:

This will confirm, as discussed during the telephone conference held on May 27, 2016, that discovery should proceed in the ordinary course in this case and that the reports date of June 3, 2016 is canceled.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge