# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 13, 2016

MEMO TO COUNSEL RE: Merkle Group, Inc. v. Marc Fanelli, et al.
Civil No. JFM-16-1454

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant Quill's motion to dismiss or in the alternative for summary judgment. The motion (document 49) is denied without prejudice to being renewed at the conclusion of discovery. I am satisfied that Quill may be subjected to personal jurisdiction in Maryland if it can be proven that she was a co-conspirator with the defendants who operated in Maryland. Likewise, I am satisfied that discovery should be conducted to determine whether Quill or her co-defendants took confidential information from plaintiff.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge